# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Senior Judge John L. Kane

Date:   May 26, 2020                    Deputy Clerk: Bernique Abiakam
                                        Court Reporter: Julie Thomas

Civil Action No.: 19-cv-01110-JLK

FLORITA PINEDA on her own behalf and
on behalf of all others similarly situated,              Brandt P. Milstein

        Plaintiff,

v.

EL JACAL CORP. d/b/a EL JACAL MEXICAN GRILL,
EL JACAL 2, LLC,
ANA MARTINEZ, and                                       *Pro se*
JUAN MARTINEZ,

        Defendants.

## COURTROOM MINUTES

**In Court Hearing**

**10:31 a.m.   Court in session.**

Court calls case.   Appearances of counsel and parties via telephone.   Rey Lozano present as interpreter for Defendant Ana Martinez.

Preliminary remarks by the Court.

10:41 a.m.   Statement by Mr. Milstein.   Comments by the Court.

10:48 a.m.   Statement by Ms. Martinez Comments by the Court.

10:49 a.m.   Comments and rulings by the Court.

**ORDERED:   Joint Motion For Final Approval Of Class And Collective Action Settlement (Filed 3/3/20; Doc. No. 22) is GRANTED.**

**ORDERED:   Motion For Attorney Fee (Doc. No. 3/3/20; Doc. No. 23) is GRANTED.**

**10:52 a.m.   Court in recess.**
Hearing concluded.
Total in-court time: 00:21